# Court of Appeals
# of the State of Georgia

ATLANTA,   May 07, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0328. JIM LINZELL JACKSON v. LEHERN MCGOVERN BOVIS, INC.**

On April 14, 2014, Jim Linzell Jackson filed this application for discretionary appeal seeking to challenge a February 16, 2010 order dismissing his action in superior court. To be valid, an application for discretionary appeal must be filed within 30 days of the entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Here, however, Jackson filed this application more than four years after the order he seeks to appeal. Moreover, Jackson has already attempted to appeal the same order. See Case Number A10D0361. We dismissed that application as untimely. This application is also untimely and is therefore DISMISSED.

This Court is empowered to impose sanctions upon a party who files frivolous applications or notices of appeal. See Court of Appeals Rule 15 (b). Given the extreme untimeliness of this application as well as its duplicative nature, we find it to be frivolous. We caution Jackson that any future filing in this Court pertaining to this case will result in the imposition of sanctions.



Court of Appeals of the State of Georgia
   *Clerk's Office, Atlanta,* 05/07/2014
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*